UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOE SEEBACH,

                Plaintiff,

    v.

CHERYL STRANGE, *et al.*,

                Defendants.

Case No. C23-5219-JNW-MLP

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

      This is a civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff Joe Seebach is proceeding with this action *pro se* and *in forma pauperis*. On April 18, 2023, this Court issued an Order declining to serve the complaint originally submitted by Plaintiff in this matter and granting him thirty days to file an amended complaint correcting certain specified deficiencies. (Dkt. # 9.) On May 10, 2023, Plaintiff filed a motion seeking an extension of time to file his amended complaint. (Dkt. # 11.) Plaintiff indicates in his motion that he requires additional time to effectively conduct research and to seek help formulating his amended pleading. (*Id*. at 2.) Plaintiff also notes that he has been working twelve hours a day, five days a week, at his corrections industries job because of the amount of work there is to do, and he expects this

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
TO FILE AMENDED COMPLAINT - 1

schedule to continue until June. (*Id.*) Plaintiff asks that he be granted an additional sixty days to file his amended complaint. (*Id.*) The Court deems Plaintiff's request reasonable.

Accordingly, the Court hereby ORDERS as follows:

(1) Plaintiff's motion for an extension of time to file his amended complaint (dkt. # 11) is GRANTED. Plaintiff shall file his amended complaint not later than ***July 18, 2023***.

(2) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Jamal N. Whitehead.

DATED this 30th day of May, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
TO FILE AMENDED COMPLAINT - 2